IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

C. WALTER EBELL, )
 )
    Plaintiff, )
 ) Case No. 3:13-cv-_____
    vs. ) State Court Case No. 3AN-13-09123 CI
 )
ZURICH AMERICAN INSURANCE )
COMPANY, ) **NOTICE OF REMOVAL TO**
 ) **FEDERAL COURT**
    Defendant. )
_____)

TO: Clerk, United States District Court for the District of Alaska;

AND TO: Plaintiff C. Walter Ebell, through his lawyers of record, Ray R. Brown and Dillion & Findley, P.C.

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Zurich American Insurance Company ("Zurich") hereby removes the case of *C. Walter Ebell v. Zurich American Insurance Company*, state court case number 3AN-13-9123 CI, from Superior Court for the State of Alaska Third Judicial District at Anchorage to the United States District Court for the District of Alaska.

Removal to federal court is proper based on the following facts:

1. On or about August 29, 2013, Plaintiff C. Walter Ebell ("Ebell") filed an action against Zurich in the Superior Court for the State of Alaska Third Judicial District at Anchorage. That action bears the same title as the above caption and is docketed in the Alaska Third Judicial District at Anchorage under case number 3AN-13-09123 CI (the "State Action").

**Davis Wright Tremaine LLP**
LAW OFFICES
188 West Northern Lights Blvd #1100
Anchorage, Alaska 99503
(907) 257-5300 · Fax: (907) 257-5399

## TIMELY REMOVAL

2. On or about September, 11, 2013, Ebell served a copy of the Summons and Complaint in the State Action on Bret S. Kolb, Director of Insurance for the State of Alaska, who thereafter forwarded a copy to Zurich. Therefore, this removal is timely filed pursuant to 28 U.S.C. § 1446(b).

3. A copy of all process, pleadings and orders served in the State Action is attached as Exhibit A.

## DIVERSITY JURISDICTION

4. This Court has original jurisdiction over the claims set forth in the Complaint pursuant to 28 U.S.C. § 1332(a), on the basis of diversity jurisdiction. Diversity jurisdiction exists where the matter in controversy is between citizens of different states and exceeds the sum or value of $75,000, exclusive of interest and costs. 28 U.S.C. § 1332.

5. Ebell is a citizen of a state different than the states in which Zurich is a citizen. Complaint ¶¶ 1-2.

6. Plaintiff is a citizen of Alaska. Plaintiff alleges in his Complaint that he is and has been at all relevant time a resident of Alaska. Complaint ¶ 1.

7. Zurich is a corporation organized under the laws of the State of New York, with its principal place of business in Illinois. Complaint ¶ 2.

8. The amount in controversy in this litigation exceeds $75,000. Ebell prays in his Complaint for damages "in an amount greater than $100,000". Complaint, Prayer, ¶ 1. In addition, Ebell prays for punitive damages, costs, attorney's fees and interest. Complaint, Prayer, ¶¶ 2-3. Ebell also seeks a judgment against Zurich finding that Zurich is estopped from asserting any insurance coverage or insurance policy defenses against Ebell under an insurance policy Zurich allegedly issued. Complaint, Prayer, ¶ 4.

*Ebell v. Zurich American*
NOTICE OF REMOVAL TO FEDERAL COURT - 2

**Davis Wright Tremaine LLP**
LAW OFFICES
188 West Northern Lights Blvd #1100
Anchorage, Alaska 99503
(907) 257-5300 · Fax: (907) 257-5399

9. Accordingly, the Complaint satisfies the diversity and amount in controversy requirements of 28 U.S.C. § 1332(a). The State Action is, therefore, a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. §§1441 and 1446.

## **VENUE**

10. Venue is proper in this district and in this division pursuant to 28 U.S.C. §1391 and District of Alaska Local Rule 3.3.

## **NOTICE**

11. Promptly after the filing of this Notice, Zurich will serve written notice of this removal on Ebell, and will file a copy of this Notice of Removal with the Clerk of the Court of the Superior Court for the State of Alaska Third Judicial District at Anchorage. A copy of the Notice to State Court of Filing Notice of Removal to Federal Court that will be filed with the State Court is attached hereto as Exhibit B.

WHEREFORE, Zurich respectfully removes the State Action to this Court.

DATED this 9th day of October, 2013.

>                        DAVIS WRIGHT TREMAINE LLP
>                        Attorneys for Defendant Zurich American Insurance Company
>
>                        By: /s/ M. Scott Broadwell
>                            M. Scott Broadwell
>                            Davis Wright Tremaine LLP
>                            188 W. Northern Lights Blvd., Suite 1100
>                            Anchorage, AK 99503
>                            Telephone: (907) 257-5300
>                            Facsimile: (907) 257-5399
>                            Email: scottbroadwell@dwt.com

*Ebell v. Zurich American*
NOTICE OF REMOVAL TO FEDERAL COURT - 3

Certificate of Service

I certify that on October 9, 2013,
a true and correct copy of the foregoing
document was served by U.S. Mail on:

Ray R. Brown
Dillon & Findley, PC
1049 W. 5th Avenue, Suite 200
Anchorage, AK   99501

   M. Scott Broadwell

*Ebell v. Zurich American*
NOTICE OF REMOVAL TO FEDERAL COURT   -   4

**Davis Wright Tremaine LLP**
LAW OFFICES
188 West Northern Lights Blvd #1100
Anchorage, Alaska 99503
(907) 257-5300 · Fax: (907) 257-5399