Ray R. Brown
Molly C. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 200
Anchorage, Alaska  99501
Phone:  277-5400
Fax:    277-9896
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| C. WALTER EBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ZURICH AMERICAN INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:13-cv-00200-RRB |

**<u>JOINT NOTICE TO COURT REGARDING SETTLEMENT</u>**

C. Walter Ebell and Zurich American Insurance Company, by and through undersigned counsel, and pursuant to this Court's November 13, 2013 Text Order at Docket 14, hereby notify the Court that the parties have reached an agreement to settle the claims in this case and have agreed on the terms of a written agreement memorializing the settlement.  The parties are in the process of obtaining the necessary signatures and will file a

stipulation for dismissal soon thereafter.  The parties will file a status report on January 3, 2014 if this matter is not sooner dismissed.

DATED this 6th day of December 2013, at Anchorage, Alaska.

```
                              DILLON & FINDLEY, P.C.
                              Attorneys for Plaintiff


                              By: s/Ray R. Brown
                                  Ray R. Brown, ABA No. 8206012
                                  1049 W. 5th Avenue, Suite 200
                                  Anchorage, Alaska  99501
                                  Phone:  277-5400
                                  Fax:    277-9896
                                  Email:  ray@dillonfindley.com



                              DAVIS WRIGHT TREMAINE, LLP
                              Attorneys for Defendant


                              By: s/M. Scott Broadwell (by consent)
                                  M. Scott Broadwell, ABA No. 0611069
                                  188 W. Northern Lights Blvd., #1100
                                  Anchorage, Alaska  99503
                                  Phone:  257-5300
                                  Fax:    257-5399
                                  Email:  scottbroadwell@dwt.com
```

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2013, a copy of the foregoing Joint Notice to Court Regarding Settlement was served electronically on M. Scott Broadwell.

s/Ray R. Brown

C. Walter Ebell v. Zurich American Insurance Co.
Case No. 3:13-cv-00200-RRB
JOINT NOTICE TO COURT REGARDING SETTLEMENT
Page 2 of 2