Ray R. Brown
Molly C. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: 277-5400
Fax:   277-9896
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| C. WALTER EBELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ZURICH AMERICAN INSURANCE )<br>COMPANY, )<br>)<br>Defendant. )<br>_____) | Case No. 3:13-cv-00200-RRB |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW C. Walter Ebell and Zurich American Insurance Company, by and through undersigned counsel, and hereby stipulate and agree that this action be dismissed with prejudice and without attorney's fees, costs, or disbursements to any party. This stipulation is effective without order of the Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

C. Walter Ebell v. Zurich American Insurance Co.
Case No. 3:13-cv-00200-RRB
STIPULATION FOR DISMISSAL WITH PREJUDICE
Page 2 of 2

Case 3:13-cv-00200-RRB   Document 17   Filed 01/03/14   Page 1 of 2

DATED this 3rd day of January 2014 at Anchorage, Alaska.

DILLON & FINDLEY, P.C.
Attorneys for Plaintiff

By: s/Ray R. Brown
Ray R. Brown, ABA No. 8206012
1049 W. 5th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: 277-5400
Fax: 277-9896
Email: ray@dillonfindley.com

DAVIS WRIGHT TREMAINE, LLP
Attorneys for Defendant

By: s/M. Scott Broadwell (by consent)
M. Scott Broadwell, ABA No. 0611069
188 W. Northern Lights Blvd., #1100
Anchorage, Alaska 99503
Phone: 257-5300
Fax: 257-5399
Email: scottbroadwell@dwt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of January 2014, a copy of the foregoing Stipulation for Dismissal with Prejudice was served electronically on M. Scott Broadwell.

s/Ray R. Brown

C. Walter Ebell v. Zurich American Insurance Co.
Case No. 3:13-cv-00200-RRB
STIPULATION FOR DISMISSAL WITH PREJUDICE
Page 2 of 2